UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK        Case No.: 2:19-CV-00425-JFB-AYS
-------------------------------------------------------------------X
RONALD TAPPEN,

                  Plaintiff,        **NOTICE OF**
  -against-                                   **APPEARANCE**

INCORPORATED VILLAGE OF LINDENHURST,

                  Defendant.
-------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Sam Baharvar, an associate of the law firm Bartlett LLP, a duly admitted attorney in the United States District Court for the Eastern District of New York, hereby appears on behalf of Defendant, INCORPORATED VILLAGE OF LINDENHURST, in this action. All further correspondence, pleadings, discovery, motions, etc. in this matter should be sent to the undersigned at the address noted in the signature block below.

Dated: Mineola, New York
       March 13, 2019

                                           BARTLETT LLP

                                           By:_____
                                               SAM BAHARVAR (SB 3540)
                                           *Attorneys for Defendant*
                                           *Incorporated Village of Lindenhurst*
                                           170 Old Country Road, Suite 400
                                           Mineola, New York 11501
                                           Tel (516) 877-2900
                                           Fax (516) 877-0732
                                           **Email: sam.baharvar@bartlettllp.com**